**Motions Granted; Memorandum Opinion filed November 1, 2016, Withdrawn; Appeal Reinstated, and Order filed December 1, 2016.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00545-CV
_____

**REYNA ISABEL TABORDA AND PHILLIP L. HURLEY, Appellants**

**V.**

**SRINIVASACHARY V. TAMIRISA AND BARRY POWELL, Appellees**

**On Appeal from the 400th District Court
Fort Bend County, Texas
Trial Court Cause No. 15-DCV-221564**

## ORDER

This court issued an opinion dismissing this appeal on November 1, 2016. The same day, appellants timely filed a motion for rehearing, which we construe as a motion to reinstate. Appellants also filed a motion to extend time to file their notice of appeal. Both motions are **GRANTED**.

This court's opinion filed November 1, 2016, is **WITHDRAWN**, and our judgment of that date is **VACATED**. The appeal is ordered **REINSTATED**.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Christopher.